## 19812. MORRIS v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the motion for a new trial contained the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1929.

*J. R. Hutcheson,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.